# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA SORIA (1),<br>JOSE VASQUEZ ESPINOZA (2),<br>ZENIA YVETTE MORA (3),<br><br>Defendants. | Case No.: **24mj1157-DDL**<br><br>C O M P L A I N T<br><br>Title 18, U.S.C., §§ 922(a)(1)(A) and 2–<br>Dealing Firearms Without a License;<br>Title 21 U.S.C., § 841(a)(1)-Possession<br>with Intent to Distribute<br>Methamphetamine |

The undersigned complainant being duly sworn states:

### Count 1

Beginning no later than December 14, 2023, and continuing until at least February 22, 2024, within the Southern District of California, Miguel Resendiz (charged elsewhere) and defendant ANA SORIA, not being licensed importers, manufacturers, or dealers of firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

### Count 2

On March 20, 2024, in the Southern District of California, defendants JOSE VASQUEZ ESPINOZA and ZENIA YVETTE MORA, did knowingly possess, with intent to distribute, methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841 (a)(1).

BRANDON FARMER, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of March 2024.

HON. DAVID D. LESHNER
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned the information below from my personal observations and having read reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

DESCRIPTION OFA PRIVATELY MADE FIREARM ("PMF")

PMF's are firearms that are not made by firearm manufacturers; instead, firearm manufactures sell individual buyers firearm parts, and the buyer uses various firearm drilling tools to construct and assemble the parts into a functional firearm. PMF's are also known as "ghost guns" because they are not serialized, and are thus, untraceable.

NATIONAL FIREAMS REGISTRATION ("NFA") AND TRANSFER RECORD

Based upon my training and experience, I know that NFA firearms, are restricted firearms and other devices regulated by the NFA. These items are only sold by specially licensed Federal Firearms License (FFL) dealers with a Class 3 Special Occupational Tax permit. An FFL is a license in the United States that enables an individual or company to engage in a business pertaining to the manufacture or importation of firearms and ammunition, or the interstate and intrastate sale of firearms. To lawfully possess or transfer NFA firearms, the NFA firearm must be registered to the possessing or transferring individual in the National Firearms Registration and Transfer Record.

Record checks of the relevant ATF databases, conducted in March 2024, indicate that RESENDIZ has never been a licensed FFL dealer with a Class 3 Special Occupational Tax permit, and no machine gun has ever been registered to RESENDIZ in the NFA and Transfer Record. RESENDIZ is, therefore, prohibited from selling firearms or machine guns. Record checks also indicate that SORIA is also not a licensed FFL dealer.

DESCRIPTION OF A MACHINE GUN CONVERSION DEVICE ("MCD")

Based upon my training and experience, and consistent with 18 USC § 5845 (b), I know that the term "machine gun" or "machinegun," means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

RESENDIZ REPEATEDLY SELLS FIREARMS AND METHAMPHETAMINE
TO ATF UNDERCOVER

On December 14, 2023, SA Farmer organized a controlled purchase operation for the purchase of a firearm with a MCD device installed and approximately one pound of methamphetamine from RESENDIZ for $2,400. RESENDIZ met with the CI[1] and UC in a parking lot located in the city of Escondido, California.

During a recorded and surveilled meeting, RESENDIZ sold the UC one (1) Glock, Model 19X, 9mm, pistol bearing serial number BWHA700 with a MCD installed, making the firearm a fully functioning machinegun capable of firing more than one round of ammunition per pull of the trigger. The firearm was loaded with ten (10) rounds of Sellier & Bellot, 9mm ammunition. In the same transaction, RESENDIZ sold the UC 462.9 grams methamphetamine (with packaging) for $2,400.

During the recorded meeting, RESENDIZ confirmed the firearm was "fully", indicating knowledge the firearm was capable of firing fully automatic, and had a "switch"

---

[1] The CI is a paid informant and has been paid approximately $16,400 total in exchange for cooperation. As corroborated by surveillance, recordings, and communications, the CI has provided truthful and credible information related to this investigation as well as previous and current ongoing investigations. A criminal records check revealed the CI was convicted of felony domestic violence exhibiting a deadly weapon in May 2021 and received three years' probation. The CI was activated on December 9, 2021. In the summer of 2022, CI was arrested and charged in state court on new charges. The CI was deactivated on July 25, 2022. In fall of 2022, CI was convicted in state court of willful discharge of a firearm in grossly negligent manner and being a prohibited person in possession of ammunition and received two years' probation. The CI was reactivated September 8, 2022, after the resolution of the state case.

installed, indicating the MCD or more commonly referred to "Glock Switch" was affixed to the firearm. RESENDIZ also indicated that he had test fired the pistol confirming again the pistol operated as a fully automatic machinegun.

Record checks revealed that RESENDIZ is a documented member of the Diablos criminal street gang and has the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 1/26/2016 | CA Sup Court | PC 25850 – Carrying a Loaded Firearm in Public (Felony) | 180 days |
| 5/18/2018 | CA Sup Court | PC 29800 – Felon in Possession of a Firearm (Felony) | 84 months |

As the UC was purchasing the methamphetamine, RESENDIZ stated that the methamphetamine had just "crossed" and if the UC wanted to purchase larger quantities of methamphetamine, then RESENDIZ would be able to provide a lower price.

On January 10, 2024, SA Farmer organized a controlled purchase operation for a privately made firearm from RESENDIZ for $950. The CI negotiated the purchase of the pistol but only the UC participated in the controlled purchase operation. Also, before the deal was scheduled to take place, RESENDIZ stated that he would not be able to meet the UC personally and asked for the UC to pick up the firearm from a female individual located at a residence in the city of Escondido, CA.

While under surveillance, a recorded meeting between the UC and the female, later identified as ANA SORIA, took place. The UC met with SORIA per RESENDIZ's directions and purchased one (1) un-serialized, PMF, 9mm pistol from the female for $950. It should be noted the UC had to pay an additional $50 because the UC only had $100 bills. The pistol was loaded with nine (9) rounds of assorted 9mm ammunition. During the deal, SORIA confirmed all communications for the purchase of future firearms should be conducted through RESENDIZ.

On January 17, 2024, ATF SA Farmer organized a controlled purchase operation for the purchase of three (3) pistols from RESENDIZ and co-conspirators for a total of $2,800.

Again, prior to the scheduled deal, RESENDIZ stated that he would be unable to meet the UC personally to sell the firearms. RESENDIZ asked for the UC to pick up one firearm from the same female individual, located at the same residence, in the city of Escondido, CA as previously on January 10, 2024. RESENDIZ advised that after the UC picked up the first firearm, the UC would then have to meet another female in a separate location in parking lot in the city of Escondido, CA for the remaining two firearms.

While under surveillance, two recorded meetings took place between the UC and two separate females at the two separate locations. At the first location, the UC met with SORIA at the same residence as on the January 10, 2024, deal. During that meeting, the UC purchased one (1) un-serialized, PMF, 9mm, with an extended magazine capable of containing 22 rounds of 9mm ammunition in exchange for $950. The UC actually paid $1,000 due to lack of having the exact amount.

After purchasing the first firearm, the UC drove to a second location: a parking lot in the city of Escondido, CA. At this second location, the UC met with another female, later identified as Zenia Yvette MORA, who was on the phone and stated to the UC, "I'm on the phone with [RESENDIZ]", who was able to talk with the UC while on speakerphone. The UC then purchased one (1) Glock, 44, .22 caliber, pistol bearing serial number AEFW013 and one (1) Sarsilmaz, SAR9, 9mm, pistol bearing serial number T1102-21BV37315 from MORA in exchange for $1,850 and an additional $50, for a total of $1,900.

On February 22, 2024, SA Farmer conducted a controlled purchase for (1) un-serialized, PMF, 9mm, pistol and approximately one (1) pound of methamphetamine from RESENDIZ for $1,800 total at another location in Escondido, California. Consistent with the previous operations, the meeting with RESENDIZ was recorded.

Again, while under surveillance, a recorded meeting took place between the UC and RESENDIZ. During the deal, RESENDIZ sold the UC one (1) un-serialized, PMF, 9mm, pistol and 460.7 grams methamphetamine (with packaging) for $1,800. Additionally, firearm was loaded with four (4) rounds of assorted, 9mm ammunition. During the recorded meeting, RESENDIZ offered to reduce the price of the methamphetamine in the future if the UC purchased a minimum on five (5) pounds.

On March 20, 2024, SA Farmer again coordinated a controlled purchase from RESENDIZ for approximately 10 pounds of methamphetamine. In advance of the meeting, RESENDIZ indicated that "Yvette" would deliver the methamphetamine. At approximately 5pm, the UC went to the parking lot at the Escondido Mall to conduct the transaction. The UC was accompanied by a second undercover agent ("UC2").

After coordinating with "Yvette" via cellular telephone, the UC met with "Yvette" at the deal location and got into the front seat of "Yvette's" parked car. The individual in the driver's seat was MORA. A second individual, later identified as JOSE VASQUEZ ESPINOZA, was seated in the right-rear-passenger seat, directly behind the UC. At that point, UC2 indicated they also wanted to get in the vehicle and sat in the rear passenger seat behind MORA.

After the UC verbally confirmed that they had $7,000 and were ready to complete the purchase of methamphetamine, MORA and ESPINOZA showed the methamphetamine to the UC and UC2. The methamphetamine was on the rear floorboard of the car, near the feet of ESPINOZA. During the conversation, MORA and ESPINOZA both indicated that the methamphetamine had been counted and weighed. After visually confirming that the methamphetamine was present, the UC and UC2 indicated that they needed to go back to their car to retrieve the $7,000 cash. Once outside the car, other members of law enforcement arrested MORA and ESPINOZA.

MORA's car was then searched. During the search, law enforcement located approximately twelve bundles of methamphetamine (ten in one bag, two in a separate bag) that appeared to be more than ten pounds of methamphetamine. On the floor of the backseat of the car, law enforcement also found a loaded unserialized 9mm semi-automatic handgun.